108 So.2d 377

**Ural ROBINSON, alias,**

v.

**STATE.**

**3 Div. 855.**

Supreme Court of Alabama.

Jan. 15, 1959.

D. W. Crosland, Montgomery, for petitioner.

John Patterson, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Ural Robinson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Robinson v. State, 108 So.2d 376.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

108 So.2d 375

**KEYSTONE LIME WORKS, Inc.**

v.

**Vannie Lee SMITHERMAN.**

**7 Div. 423.**

Supreme Court of Alabama.

Jan. 15, 1959.

Brobston, Jones & Brobston, Bessemer, for petitioner.

Graham, Bibb, Wingo & Foster, Birmingham, opposed.

STAKELY, Justice.

Petition of Vannie Lee Smitherman for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Keystone Lime Works v. Smitherman, 108 So.2d 371.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

108 So.2d 382

**John W. BARNES**

v.

**SAND MOUNTAIN ELECTRIC COOP.**

**7 Div. 437.**

Supreme Court of Alabama.

Jan. 15, 1959.

Leonard Crawford and C. M. T. Sawyer, II, Fort Payne, for petitioner.

Barnes & Carnes, Albertville, opposed.

MERRILL, Justice.

Petition of Sand Mountain Electric Cooperative for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Barnes v. Sand Mountain Elec. Coop., 108 So.2d 378.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.